# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DARREN HIGGENBOTTOM, )<br>)<br>Defendant. ) | CAUSE NO. 2:11-CR-15 |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Darren Higgenbottom (DE #49) filed on June 7, 2011. No objections have been filed to Magistrate Judge Rodovich's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Darren Higgenbottom, and **FINDS** the Defendant guilty of Count 1 of the Indictment, in violation of Title 18 U.S.C. § 2 and 472.

This matter is set for sentencing on August 31, 2011, at 1:00 p.m.

**DATED: July 5, 2011**                    /s/RUDY LOZANO, Judge
                                           **United States District Court**